Dan Van Matre, appellee, v. Overland Rockford Company, formerly Rockford Overland Company, appellant.    Gen. No. 7,125.

Actions in assumpsit arising out of sales of automobiles.    Judgment for plaintiff.    Appeal from the Circuit Court of Winnebago

county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Garrett, Maynard & Hull, for appellant. David D. Madden, for appellee.

Mr. Justice Jett delivered the opinion of the court.